# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL L. McCOY

NO. 2020 KW 0900

**NOVEMBER 09, 2020**

---

In Re:    Michael L. McCoy, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 552,770.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.**   The record of the Clerk of Court of St. Tammany Parish reflects the district court denied relator's "Motion to Correct an Illegal Sentence" on October 22, 2020.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT